UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNEDY PEREZ SANDOVAL,<br><br>        Petitioner,<br><br>    -against-<br><br>PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility; JUDITH ALMODOVAR, in her official capacity as Acting New York Field Office Director, U.S. Immigration & Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD M. LYONS; in his official capacity as Acting Director of Immigration & Customs Enforcement; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>        Respondents. | 25-CV-9922 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On November 26, 2025, Kennedy Perez Sandoval filed a Petition for Writ of Habeas Corpus challenging the lawfulness of his detention by Immigration and Customs Enforcement and seeking, *inter alia*, his immediate release from custody. ECF No. 1. The Government acknowledges that this case is materially indistinguishable from the Court's prior order in *Rocando Buestan v. McShane et al.*, No. 25-CV-8544 (JGLC), 2025 WL 3496361 (S.D.N.Y. Dec. 5, 2025). ECF No. 5 at 3. Therefore, for the reasons stated therein, the Petition for Writ of Habeas Corpus is GRANTED.

  IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for December 11, 2025, at 2:00 p.m., is CANCELED.

2

The Court ORDERS the immediate release of Petitioner and directs Respondents to file a letter on the docket no later than December 9, 2025, at 5:00 p.m., certifying that they have released Perez Sandoval.

The Government shall not re-detain Petitioner pursuant to 8 U.S.C. § 1225(b)(2), absent a change in relevant circumstances.

Respondents are further enjoined from denying Petitioner bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances.

The Clerk of Court is respectfully directed to close this case.

Dated: December 8, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge