UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KENNEDY PEREZ SANDOVAL,

                              Petitioner,                  25 **CIVIL** 9922 (JGLC)

        -against-                                                           **JUDGMENT**

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility; JUDITH ALMODOVAR, in her official capacity as Acting New York Field Office Director, U.S. Immigration & Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD M. LYONS; in his official capacity as Acting Director of Immigration & Customs Enforcement; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice,

                              Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 8, 2025, the Petition for Writ of Habeas Corpus is GRANTED. The Court ORDERS the immediate release of Petitioner and directs Respondents to file a letter on the docket no later than December 9, 2025, at 5:00 p.m., certifying that they have released Perez Sandoval. The Government shall not re-detain Petitioner pursuant to 8 U.S.C. § 1225(b)(2), absent a change in relevant circumstances. Respondents are further enjoined from denying Petitioner bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances; accordingly, the case is closed.

**DATED:**  New York, New York
              December 8, 2025

                                                                     TAMMI M. HELLWIG
                                                                       Clerk of Court

                                  BY:
                                                                           Deputy Clerk